CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED *for*
*Roanoke*
AUG - 9 2006

JOHN F. CORCORAN, CLERK
BY: *M. Hupp*
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **JAMAAL HICKS,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:06cv00463** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **D. SIMPKINS, et al.,** | ) | |
| **Defendants.** | ) | **By: Jackson L. Kiser** |
| | ) | **Senior U.S. District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C.

§1915A(b)(1), all other pending motions are hereby **DENIED as MOOT**, and this case shall be

**STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 9th day of August, 2006.

Senior United States District Judge