CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Roanoke
AUG - 9 2006
JOHN F. CORCORAN, CLERK
BY: /s/ M. Hupp
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JAMAAL HICKS,<br>　　Plaintiff, | )<br>)　Civil Action No. 7:06cv00463<br>) |
| v. | )　**FINAL ORDER**<br>) |
| D. SIMPKINS, et al.,<br>　　Defendants. | )<br>)　By: Jackson L. Kiser<br>)　Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1), all other pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 9th day of August, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge